In the Matter of SEUNA, INC., et al., Appellants, v ELIZABETH CUMMINGS et al., Constituting the Board of Zoning Appeals of the City of Syracuse, et al., Respondents.—

Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.